**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angie Scott,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　Defendant. | No. CV-21-00095-TUC-JCH (JR)<br><br>**ORDER** |

　　　　Before the Court is the parties' joint Stipulation for Voluntary Remand (Doc. 25). The parties request that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Good cause appearing,

　　　　**IT IS ORDERED WITHDRAWING** the Court's referral of this matter to Magistrate Judge Jacqueline M. Rateau (Doc. 14).

　　　　**IT IS FURTHER ORDERED** granting the parties' Stipulated Motion to Voluntarily Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of Judgment for Plaintiff (Doc. 25). The above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the Plaintiff's subjective symptom testimony and take further action, as warranted, to complete the administrative record and enter a new decision.

**IT IS FURTHER ORDERED DIRECTING** the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated this 29th day of March, 2022.

_____
Honorable John C. Hinderaker
United States District Judge